John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
C. Gideon Korrell, Bar No. 284890
gkorrell@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Plaintiffs
ENVISTA, LLC and ENVISTA CONCEPTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVISTA, LLC, an Indiana limited liability company and ENVISTA CONCEPTS, LLC, an Indiana limited liability company , <br><br> Plaintiffs, <br><br> v. <br><br> AUDINTEL, INC., a California corporation; RAGHVENDRA SINHA, an individual; and DOES 1-20, <br><br> Defendant. | CASE NO.  16-CV-06765 HSG <br><br> **ENVISTA, LLC AND ENVISTA CONCEPTS, LLC'S MOTION FOR ORDER AND ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** <br><br> **(Civ. L.R. 7-11 and 11-5)** |

626\1442359.1

ENVISTA, LLC AND ENVISTA CONCEPTS, LLC'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL                                                                                              16-CV-06765 HSG

# MOTION

Pursuant to Civil L.R. 7-11 and 11-5, Plaintiffs ENVISTA, LLC and ENVISTA CONCEPTS, LLC ("Plaintiffs") hereby move the Court for an order permitting the withdrawal of its counsel of record, Christian E. Picone and Kathleen F. Sherman of Berliner Cohen, LLP, and the appearance of substitute counsel, John V. Picone III, Jennifer S. Coleman and C. Gideon Korrell of Hopkins & Carley, a Law Corporation, on their behalf in this action.  Plaintiffs respectfully submit that said substitution of counsel is in the interests of justice.  Berliner Cohen, LLP consents to such withdrawal and substitution of counsel.

Accordingly, Plaintiffs respectfully request that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
C. Gideon Korrell, Bar No. 284890
gkorrell@hopkinscarley.com

HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Counsel for Defendants AUDINTEL, INC. and RAGHVENDRA SINHA ("Defendants") were informed of the proposed substitution and indicated that Defendants do not oppose this motion.

This motion is not made for purposes of delay or any other improper purpose.

WHEREFORE, Plaintiffs respectfully requests this Court enter their Order permitting withdrawal and substitution of counsel for Plaintiffs, and update the Court's ECF system for this case by removing Christian E. Picone and Kathleen F. Sherman of Berliner Cohen, LLP.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

626\1442359.1                                              - 2 -
ENVISTA, LLC AND ENVISTA CONCEPTS, LLC'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL                                                                              16-CV-06765 HSG

1  Dated:  February 22, 2017

HOPKINS & CARLEY
A Law Corporation

By: */s/ John V. Picone III*
    John V. Picone III
    Jennifer S. Coleman
    C. Gideon Korrell

Dated:  February 22, 2017

BERLINER COHEN, LLP
A Law Corporation

By:*/s/ Christian E. Picone*
    Christian E. Picone
    Kathleen F. Sherman
    Attorneys for Plaintiffs
    ENVISTA, LLC and ENVISTA
    CONCEPTS, LLC

Dated:  February 22, 2017

ENVISTA, LLC

By:
    Jim Barnes
    Its Senior Managing Partner

Dated:  February 22, 2017

ENVISTA CONCEPTS, LLC

By:
    Jim Barnes
    Its Senior Managing Partner

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

626\1442359.1

- 3 -

ENVISTA, LLC AND ENVISTA CONCEPTS, LLC'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL
16-CV-06765 HSG

**ORDER**

Having reviewed and considered Plaintiffs ENVISTA, LLC and ENVISTA CONCEPTS, LLC's Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Christian E. Picone and Kathleen F. Sherman of Berliner Cohen, LLC be permitted to withdraw as counsel of record, and John V. Picone III, Jennifer S. Coleman and C. Gideon Korrell of Hopkins & Carley, A Law Corporation may appear as substitute counsel of record for Plaintiffs ENVISTA, LLC and ENVISTA CONCEPTS, LLC. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: February 23, 2017

HAYWOOD S. GILLIAM, JR.
JUDGE OF THE DISTRICT COURT

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

626\1442359.1
- 4 -
ENVISTA, LLC AND ENVISTA CONCEPTS, LLC'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL
16-CV-06765 HSG