Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ENVISTA, LLC, et al.

    Plaintiff(s),

v.

AUDINTEL, INC., et al.

    Defendant(s).

Case No: 3:16-cv-06765

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jonathan O. Hafen, an active member in good standing of the bar of the State of Utah, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Audintel, Inc. in the above-entitled action. My local co-counsel in this case is C. Brandon Wisoff, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 101 South 200 East, Suite 700<br>Salt Lake City, Utah 84101 | 235 Montgomery Street<br>San Francisco, California  94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (801) 532-7840 | (415) 954-4400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Jhafen@parrbrown.com | bwisoff@fbm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6096.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/22/17

    Jonathan O. Hafen
    APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jonathan O. Hafen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/3/2017

    *Haywood S. Gill*
    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# STATE OF UTAH

# Judicial Department

## Attorney's Certificate

IN THE SUPREME COURT OF THE STATE OF UTAH

UNITED STATES OF AMERICA } ss.
STATE OF UTAH }

    I, Lisa Collins, Interim Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered wherein JONATHAN O. HAFEN was admitted to practice as an Attorney and Counselor at Law in all the courts of the State of Utah on the 27th day of May, 1992.

    I further certify that this attorney is now, and at all time since admission has been, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be good.



IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the Seal of said court this 24th day of February, A.D. 2017.

*Lisa A. Collins*