John V. Picone, Esq. (State Bar No. 187226)
jpicone@hopkinscarley.com
Jennifer S. Coleman, Esq. (State Bar No. 213210)
jcoleman@hopkinscarley.com
C. Gideon Korrell (State Bar No. 284890)
gkorrell@hopkinscarley.com

HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, California  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA  95109-1469
Telephone:      (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs
ENVISTA, LLC and ENVISTA CONCEPTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ENVISTA, LLC, an Indiana limited liability company and ENVISTA CONCEPTS, LLC, an Indiana limited liability company , <br><br> Plaintiffs, <br><br> v. <br><br> AUDINTEL, INC., a California corporation; RAGHVENDRA SINHA, an individual; and DOES 1-20, <br><br> Defendant. | CASE NO.  4:16-cv-06765-HSG <br><br> **DECLARATION OF C. GIDEON KORRELL IN SUPPORT OF PLAINTIFFS ENVISTA, LLC AND ENVISTA CONCEPTS, LLC'S OPPOSITION TO DEFENDANT RAGHVENDRA SINHA'S MOTION TO DISMISS COMPLAINT FOR LACK OF JURISDICTION AND/OR IMPROPER VENUE** <br><br> Hon. Haywood S Gilliam, Jr. <br> Magistrate Judge Laurel Beeler <br><br> Date:        August 17, 2017 <br> Time:        2:00 p.m. <br> Location:    Courtroom 2 <br><br> Trial Date:    None |

870\2675942.1

DECLARATION OF C. GIDEON KORRELL IN SUPPORT OF OPPOSITION          4:16-cv-06765-HSG

I, C. Gideon Korrell, declare as follows:

1.     I am an attorney at law, duly licensed to practice before all courts of the State of California and a shareholder of the law firm of Hopkins & Carley, a Law Corporation ("Hopkins & Carley" or the "Firm"), counsel of record for Plaintiff Envista, LLC and Envista Concepts, LLC (collectively "Plaintiffs") in the above-captioned matter.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of a Statement of Information of Audintel, Inc., downloaded from the website of the Secretary of State of the State of California.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of a printout from the web address www.audintel.com.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of a printout from the web address www.audintel.com/aboutus/.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of a printout from the web address www.audintel.com/aboutus/blog2/.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of a printout from the web address http://www.envistacorp.com/transportation/myshipinfo/.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of Audintel's Initial Disclosures dated April 11, 2017.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on May 25, 2017, at San Jose, California.


                                                                              */s/ C. Gideon Korrell*
                                                                              C. Gideon Korrell