# EXHIBIT 2



5/25/2017

Audintel | Your Audit Intelligence



## OUR EXCEPTIONAL
# SERVICES

We will automatically track your FedEx, UPS, GSO and OnTrac Ground, Express or International shipments and for the late deliveries do all the work to secure your refunds. This is not all, we also audit your invoices for other issues like Voids, Duplicates, Incorrect Address Correction, Incorrect Saturday Charges, Incorrect Residential vs Commercial surcharges, Dimensional Weight Errors and other invoice errors.







## YOU SHOULD KNOW
# WHY CHOOSE US

AUDINTEL's 36-point parcel audit is the most proficient auditing process currently available. AUDINTEL's ability to get maximum credits from your carriers is very unique. AUDINTEL has an internal call center with an auditing team with decades of experience to deliver client results optimally. AUDINTEL audits the freight bill invoices to a granular level. It compares the charges to the minutest details for all your domestic and international shipments. AUDINTEL's small parcel audit disputes all late delivery surcharges and other mischarges for our customers. AUDINTEL also provides its customers ability to pay their invoices to the carriers using a standard payment report and optionally perform GL cost allocations and provide necessary reports.

5/25/2017                          Audintel | Your Audit Intelligence

LATEST COMPANY BLOGS

## BLOGS



Feb 4th, 2016

🖊 A secure, reliable and efficient small parcel audit solution

The end of 1st quarter is just around means that all of us would ...

» READ MORE



Feb 18th, 2016

🖊 The Importance of Guaranteed Service Refunds in Small Parcel Audit

UPS and FedEx are the most important carriers for the small parcel industry ...

» READ MORE

<  >

5/25/2017                                      Audintel | Your Audit Intelligence

