# EXHIBIT 4

5/25/2017                                        Blogs

📅 Feb 18th, 2016

🖼 The Importance Of Guaranteed Service Refunds In Small Parcel Audit

UPS and FedEx are the most important carriers for the small parcel industry. They are both great carriers and promise to offer Guaranteed Service Refunds for your packages if they are late even by a minute. We understand the shipping is an important aspect of your business. Therefore on time delivery is of utmost importance to you.

Learning about Guaranteed Service refunds is not easy nor is filling for them. You need to request the refund via their IVR systems. This takes time to identifying the late packages based on the delivery timing, filling them through IVR systems and several times calling them in to get the refunds. You cannot do this from their regular claims system. Please do not get lost on the policies for Guaranteed Service Refunds in their Terms and conditions and get discouraged from requesting refunds on Guaranteed Service Refunds. You should not accept late deliveries as a part of business and leave money on the table by not filling for these. This money adds directly to your bottom line. We at Audintel.com offer Parcel Audit services just right to suit your needs.

We act as your audit claims partner, you just provide us your account credentials and we tracks all your shipments, the schedule delivery date and actual delivery date for each, and determine whether they are on time. For all those which are not, we file a claim on your behalf. The refund is credited to your shipping account directly. Audintel.com bills you a percentage of the refunded amount. Can you believe it that they don't charge you any upfront fees for this service? If they never file a claim for you, you pay nothing. You're paying us a percentage of the refund as a fees for our services.

We are an ideal invoice audit company for any shipper but specially small to medium business owners. Please spend some minutes of to signup with us, you will be pleasantly surprised by the savings we make for you. Last year over $2 Billion was left as unclaimed refunds for UPS and FedEx, your claims were a part of it, we can help to reclaim these refunds for you.

Please reach out to us at **sales@audintel.com** or **+1(619)354-8539** and start saving now. Please visit us https://www.audintel.com and view our extensive service offerings.

« PREV ARTICLE                                        NEXT ARTICLE »