# EXHIBIT 5

# myShipINFO®

myShipINFO is a cloud-based, global freight audit & payment solution that provides greater: shipment visibility, carrier performance monitoring, management reporting, invoice auditing, currency and Value-Added Tax (VAT) visibility, and carrier payment across all modes of transportation.

Our proven, proprietary solution evaluates carrier services and generates cost savings on all shipping channels. With our 44-point audit process, we ensure clients receive all of the refunds to which they are entitled.

However, your business deserves more than a firm that just obtains refunds. You need a company that can watch your freight spend from every angle, ensuring that your organization is not leaking money - by paying unnecessary charges, inflated rates or using inefficient processes.

Beyond audit, we provide contract analysis and negotiation programs for all modes of transportation, managed services to improve shipment execution, and carrier capacity solutions. We continuously analyze your transportation spend to uncover new opportunities and maximize savings.