# EXHIBIT 6

Jonathan O. Hafen (admitted pro hac vice)
Chad S. Pehrson (261829)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84101
Tel: (801) 532-7840
Fax: (801) 532-7750
cpehrson@parrbrown.com

C. Brandon Wisoff (121930)
Deepak Gupta (226991)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street
San Francisco, CA 94104
Tel:  (415) 954-4400
Fax:  (415) 954-4480
bwisoff@fbm.com
dgupta@fbm.com

Attorneys for Defendant Audintel, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENVISTA, LLC, an Indiana limited liability company; and ENVISTA CONCEPTS, LLC, an Indiana limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> AUDINTEL, INC., a California corporation; RAGHVENDRA SINHA, an individual; and DOES 1-20; <br><br> Defendant. | Case No. 3:16-cv-06765-HSG <br><br> **DEFENDANT AUDINTEL INC.'S INITIAL DISCLOSURES** |

Defendant Audintel, through undersigned legal counsel, hereby makes the following initial disclosures pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure.

Defendant Audintel reserves the right to amend or supplement its disclosures at any time in order to respond to issues that come to light in the course of discovery or to correct inaccuracies in the following submission.

**I.    The name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

**DISCLOSURE**:  The following individuals are believed to have information that Audintel may use to support its defenses:

1.    Patrick Johnson.  Mr. Johnson is the CEO and operations manager of Audintel and has information regarding the development of Audintel's software and business.  Mr. Johnson may be contacted through counsel of record for Audintel in this matter, Parr Brown Gee & Loveless, 101 South 200 East, Suite 700, Salt Lake City, Utah 84111, (801) 532-7840.

2.    Vikram Malik.  Mr. Malik is the marketing director of Audintel and has information regarding the development of Audintel's software and business.  Mr. Malik may be contacted through counsel of record for Audintel in this matter, Parr Brown Gee & Loveless, 101 South 200 East, Suite 700, Salt Lake City, Utah 84111, (801) 532-7840..

3.    Individuals Outside of this Court's Jurisdiction.  The allegations in this Complaint appear to address conduct which occurred entirely in India and refer to contracts that reference Indian choice of law and jurisdiction.  As such, individuals in India may have relevant information, but it is yet to be determined whether such individuals

would voluntarily participate in discovery processes, and it may be impossible to force them to participate through subpoena or other Court order. Furthermore, it has not yet been determined whether this case may proceed given that a named party, who may be a necessary party, lives in India and has not yet been served

4.   <u>Employees of Plaintiffs With Knowledge of Plaintiffs' Software.</u>  Plaintiffs are not yet aware of the identity of employees of Plaintiffs having knowledge of Plaintiffs' software.

In addition, Audintel anticipates that other, unknown individuals may have discoverable information that Audintel may use to support its claims or defenses. Audintel incorporates by reference any other individuals disclosed by other parties in this matter and reserves the right to supplement this disclosure pursuant to Federal Rule of Civil Procedure 26(e).]

**II.   A copy - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

**<u>DISCLOSURE</u>**:

Defendant Audintel is aware of the following categories of documents, ESI, or tangible things in their possession, custody, or control that may be used to support their claims or defenses.

1.   Documents and communications connected with the development of Audintel's software and business.

2.   Publicly available information from various websites, including without limitation certain sites owned or operated by Audintel.

3.   Communications by or regarding Audintel's software and its business operations.

4.   Contracts and other agreements by or regarding Audintel.

DEFENDANT AUDINTEL, INC.'S INITIAL DISCLOSURES
CASE NO. 4:11-CV-04498

5.     Advertisements, marketing, and other promotional information by or regarding the Audintel.

**III.     A computation of each category of damages claimed by the disclosing party - who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

**DISCLOSURE**:  At this time, Audintel has not yet filed an Answer in this case and thus has not specifically pleaded any counterclaims seeking damages in this action. However, given the nature of the claims raised by Plaintiffs in this case, Audintel will be seeking its attorneys' fees incurred in defending this action.  Audintel has already incurred substantial costs and fees as a result of Plaintiffs' improper claims in this Action, which were brought upon improper "information and belief" factual allegations.  Audintel will continue to incur such costs and fees throughout the pendency of the litigation.

**IV.     For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**DISCLOSURE**:  Defendant Audintel is not aware of any such insurance policies.

DATED this 11th day of April 2017.

PARR BROWN GEE & LOVELESS, PC

By:     /s Chad S. Pehrson
*Attorneys for Audintel, Inc.*

DEFENDANT AUDINTEL, INC.'S INITIAL DISCLOSURES
CASE NO. 4:11-CV-04498

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I sent via email the foregoing to the following:

John V. Picone , III
C. Gideon Korrell
Jennifer S. Coleman
Hopkins & Carley
70 S. First Street
San Jose, CA 95113

DATED this 13th Day of April 2017.

*/s Andrea Foutz*
Andrea Foutz, Legal Assistant