John V. Picone, Esq. (State Bar No. 187226)
jpicone@hopkinscarley.com
Jennifer S. Coleman, Esq. (State Bar No. 213210)
jcoleman@hopkinscarley.com
C. Gideon Korrell (State Bar No. 284890)
gkorrell@hopkinscarley.com

HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, California  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA  95109-1469
Telephone:      (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiffs
ENVISTA, LLC and ENVISTA CONCEPTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ENVISTA, LLC, an Indiana limited liability company and ENVISTA CONCEPTS, LLC, an Indiana limited liability company , <br><br> Plaintiffs, <br><br> v. <br><br> AUDINTEL, INC., a California corporation; RAGHVENDRA SINHA, an individual; and DOES 1-20, <br><br> Defendant. | CASE NO.  4:16-cv-06765-HSG <br><br> **PROOF OF SERVICE** <br><br> Hon. Haywood S Gilliam, Jr. <br> Magistrate Judge Laurel Beeler <br><br> Date:        August 17, 2017 <br> Time:        2:00 p.m. <br> Location:    Courtroom 2 <br><br> Trial Date:    None |

## **PROOF OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States and employed in Santa Clara County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is The Letitia Building, 70 S First Street, San Jose, California  95113-2406.

On the date indicated below, I electronically filed the attached document(s):

1) **PLAINTIFFS ENVISTA, LLC AND ENVISTA CONCEPTS, LLC'S OPPOSITION TO DEFENDANT RAGHVENDRA SINHA'S MOTION TO DISMISS COMPLAINT FOR LACK OF JURISDICTION AND/OR IMPROPER VENUE;**

2) **DECLARATION OF C. GIDEON KORRELL IN SUPPORT OF PLAINTIFFS ENVISTA, LLC AND ENVISTA CONCEPTS, LLC'S OPPOSITION TO DEFENDANT RAGHVENDRA SINHA'S MOTION TO DISMISS COMPLAINT FOR LACK OF JURISDICTION AND/OR IMPROPER VENUE.**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Attorney for Defendant Audintel, Inc. | Attorney for Defendant Audintel, Inc. |
| **Chad Spencer Pehrson** | **Carl Brandon Wisoff** |
| **Jonathan O. Hafen** | **Deepak Gupta** |
| Parr Brown Gee Loveless | Farella Braun & Martel LLP |
| 101 South 200 East | 235 Montgomery Street |
| Suite 700 | 17th Floor |
| Salt Lake City, UT 84111 | San Francisco, CA 94104 |
| 801-532-7840 | 415-954-4400 |
| Fax: 801-532-7750 | Fax: 415-954-4480 |
| Email: cpehrson@parrbrown.com; | Email: bwisoff@fbm.com |
| afoutz@parrbrown.com | Email: dgupta@fbm.com |
| Email: jhafen@parrbrown.com | |

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

*None.*

*///*

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

870\2675902.1                                                      1

PROOF OF SERVICE                                                                      4:16-CV-06765-HSG

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 25, 2017, at San Jose, California.

*/s/ Valynn R. Torres*
Valynn R. Torres

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

870\2675902.1                                              - 2 -

PROOF OF SERVICE