John V. Picone, Esq. (State Bar No. 187226)
jpicone@hopkinscarley.com
Jennifer S. Coleman, Esq. (State Bar No. 213210)
jcoleman@hopkinscarley.com
C. Gideon Korrell (State Bar No. 284890)
gkorrell@hopkinscarley.com

HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, California  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA  95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs
ENVISTA, LLC and ENVISTA CONCEPTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ENVISTA, LLC, an Indiana limited liability company; and ENVISTA CONCEPTS, LLC, an Indiana limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AUDINTEL, INC., a California corporation; RAGHVENDRA SINHA, an individual; and DOES 1-20,<br><br>Defendants. | CASE NO. 4:16-cv-06765-HSG<br><br>**STIPULATION TO CONTINUE HEARING ON RAGHVENDRA SINHA'S MOTION TO DISMISS COMPLAINT FOR LACK OF JURISDICTION AND/OR IMPROPER VENUE**<br><br>Hon. Haywood S Gilliam, Jr.<br>Magistrate Judge Laurel Beeler<br><br>Date:         August 17, 2017<br>Time:        3:00 p.m.<br>Location:   Courtroom 2<br><br>Trial Date: None |

WHEREAS, on May 11, 2017, Defendant Raghvendra Sinha filed a Motion to Dismiss for lack of personal jurisdiction and/or improper venue that is currently set to be heard by this Court on August 17, 2017 at 3:00 p.m. (Dkt. No. 44);

WHEREAS, on May 25, 2017, Plaintiffs' Envista, LLC and Envista Concepts, LLC filed their Opposition to the Motion to Dismiss (Dkt. No. 45);

-1-

626\2757854.1

STIPULATION TO CONTINUE HEARING ON RAGHVENDRA SINHA'S MOTION TO DISMISS COMPLAINT
FOR LACK OF JURISDICTION AND/OR IMPROPER VENUE          CASE NO. 4:16-CV-06765-HSG

| | |
|---|---|
| 1 | WHEREAS, on June 1, 2017, Defendant Raghvendra Sinha filed their Reply to the |
| 2 | Opposition to the Motion to Dismiss (Dkt. No. 46); and |
| 3 | WHEREAS, the parties wish to have the hearing on the Motion to Dismiss continued to a |
| 4 | later date, as the parties are in the process of attempting to negotiate a settlement to resolve this |
| 5 | matter; |
| 6 | NOW, THEREFORE, the parties hereby stipulate, and pursuant to Local Rule 7-7(b)(1), |
| 7 | ask the Court to order that the hearing on Defendant's Motion to Dismiss shall be continued to |
| 8 | September 28, 2017 at 2:00 p.m. |
| 9 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |

Dated: August 15, 2017.                    HOPKINS & CARLEY, A Law Corporation


By:  */s/ John V. Picone III*
     John v. Picone III
     Jennifer Coleman
     C. Gideon Korrell
     Attorneys for Plaintiffs enVista, LLC and
     enVista Concepts, LLC

Dated: August 15, 2017.                    PARR BROWN GEE & LOVELESS


By:  */s/ Chad S. Perhson*
     Jonathan O. Hafen
     Jenifer L. Tomchak
     Chad S. Pehrson

     FARELLA BRAUN + MARTEL LLP
     C. Brandon Wisoff
     Deepak Gupta

     Attorneys for Defendants Audintel, Inc. and
     Raghvendra Sinha

-2-

626\2757854.1

STIPULATION TO CONTINUE HEARING ON RAGHVENDRA SINHA'S MOTION TO DISMISS COMPLAINT
FOR LACK OF JURISDICTION AND/OR IMPROPER VENUE         CASE NO. 4:16-CV-06765-HSG

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/ s /) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: August 15, 2017.   By: */s/ John V. Picone III*
                                                                     John V. Picone III
                                                                     Attorneys for Plaintiffs
                                                                     ENVISTA, LLC, and
                                                                     ENVISTA CONCEPTS, LLC

-3-

626\2757854.1

STIPULATION TO CONTINUE HEARING ON RAGHVENDRA SINHA'S MOTION TO DISMISS COMPLAINT
FOR LACK OF JURISDICTION AND/OR IMPROPER VENUE     CASE NO. 4:16-CV-06765-HSG

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: AUGUST 15, 2017

BY: _____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

-4-
626\2757854.1

STIPULATION TO CONTINUE HEARING ON RAGHVENDRA SINHA'S MOTION TO DISMISS COMPLAINT
FOR LACK OF JURISDICTION AND/OR IMPROPER VENUE    CASE NO. 4:16-CV-06765-HSG